# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARNELL BROWN, #11220-025, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 19-cv-00054-SMY |
| T. G. WERLICH, | ) |
| Respondent. | ) |

## JUDGMENT

This action came before the Court, United States District Judge Staci M. Yandle, for preliminary consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. The Court has rendered the following decision:

**JUDGMENT IS HEREBY ENTERED AGAINST** Petitioner and **IN FAVOR OF** Respondent. This action for habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** with prejudice.

DATED: April 16, 2019

MARGARET M. ROBERTIE, CLERK

By: s/ Tanya Kelley
      Deputy Clerk

APPROVED: s/ STACI M. YANDLE
                District Judge
                United States District Court